■ In the Matter of GRACE MATHIEU, on Behalf of Herself and Other Tenants of Premises, 425 Riverside Drive, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and UNITED SECURITY CORPORATION,

Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ.